Submitted December 22, 2020, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MELISSA ANN HARRINGTON,
*Defendant-Appellant.*

Lane County Circuit Court
17CR56638; A171807

487 P3d 875

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Zachary Lovett Mazer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).